**DISMISS and Opinion Filed November 5, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01033-CV

**HOLLY BONE-MARTIN AND BRIAN DENNIS MARTIN, Appellants**

**V.**

**DAVID TYLER MOSS AND FIDELISSIMUS, LLC, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09893**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Goldstein

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), appellants have filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

241033F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HOLLY BONE-MARTIN AND
BRIAN DENNIS MARTIN,
Appellants

No. 05-24-01033-CV     V.

DAVID TYLER MOSS AND
FIDELISSIMUS, LLC, Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-09893.
Opinion delivered by Justice
Goldstein, Justices Partida-Kipness
and Miskel participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees David Tyler Moss and Fidelissimus, LLC recover their costs, if any, of this appeal from appellants Holly Bone-Martin and Brian Dennis Martin.

Judgment entered November 5, 2024.